UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
AT CINCINNATI
CASE NO.: 1:11-CV-00171

CHRISTIANA MACNEILL, et al.,            PLAINTIFFS,

V.

MARTY WYATT, et al.,            DEFENDANTS.

## DISMISSAL ENTRY WITH PREJUDICE

It appearing to the court that the above-captioned matter has been fully compromised and settled; it is hereby

ORDERED, ADJUDGED AND DECREED that all causes of action herein pending be dismissed with prejudice. Costs to be paid by Defendants.

APPROVED:

_____
JUDGE KAREN L. LITKOVITZ

| | |
|---|---|
| /s/Jennifer K. Nordstrom | _____ |
| Jennifer K. Nordstrom (0066509) | Mark A. DiCello (0063924) |
| GARVEY SHEARER, PSC | THE DICELLO FIRM |
| 11260 Chester Rd., Suite 110 | 7556 Mentor Avenue |
| Cincinnati, OH 45246 | Mentor, Ohio 44060 |
| Phone: (513) 445-3373 | Phone: (440) 953-8888 |
| FAX: (866) 675-3676 | FAX: (440) 953-9138 |
| jnordstrom@garveyshearer.com | madicello@dicellolaw.com |
| *Attorney for Defendants, Marty Wyatt and Bulk First LLC* | *Attorney for Plaintiff* |